UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| A.B.C.,<br><br>Plaintiff,<br><br>v.<br><br>THE STATE OF NEW JERSEY DIVISION OF CHILD PROTECTION AND PERMANCENCY ("DCPP"), f/k/a/ DIVISION OF YOUTH AND FAMILY SERVICES ("DYFS") *et. al.*,<br><br>Defendants. | Civil Action No. 18-3220 (MAS) (LHG)<br><br>**ORDER** |

This matter comes before the Court on Plaintiff A.B.C.'s ("Plaintiff") unopposed Motion for Default Judgment against Defendant Lamont King ("King"). (ECF No. 41.) King did not appear in this action or oppose Plaintiff's Motion. The Court has carefully considered Plaintiff's submissions and decides this matter without oral argument under Local Civil Rule 78.1. For the reasons set forth in the accompanying Memorandum Opinion, and other good cause shown,

IT IS on this 25th day of January, 2022 **ORDERED** that:

1. Plaintiff's Motion for Default Judgment (ECF No. 41) is **GRANTED** with respect to liability and **DENIED** without prejudice with respect to damages.

2. This matter is administratively terminated and referred to the magistrate judge to conduct a proof hearing.

/s/ Michael A. Shipp
**MICHAEL A. SHIPP**
**UNITED STATES DISTRICT JUDGE**